UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:21-cv-0209 JVS (PVC)                                Date: August 25, 2021

Title   Gabriel Lee Jennings v. Travis Leach, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Narissa Estrada | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:   [IN CHAMBERS]  ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE**

On January 26, 2021, Plaintiff Gabriel Lee Jennings, a pretrial detainee in the custody of the Riverside County Sheriff's Department ("RCSD"), constructively filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. ("Complaint," Dkt. No. 1). Plaintiff subsequently filed a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1), which authorizes a plaintiff to file an amended pleading once "as a matter of course" without prior Court approval where, as here, the amendment is made before an opposing party's responsive pleading is filed. ("FAC," Dkt. No. 11).

In light of the FAC's numerous pleading deficiencies, on July 14, 2021, the Court dismissed the FAC with leave to amend. ("ODLA," Dkt. No. 14). Plaintiff was required to file either a Second Amended Complaint or a notice of intention to stand on defective First Amended Complaint by August 13, 2021 if he still wished to pursue this action. (*See id.* at 34). The Court expressly warned Plaintiff that the failure to file either a Second Amended Complaint or a notice of intention to stand on defective First Amended Complaint by the Court's deadline would result in a recommendation that this action be

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:21-cv-0209 JVS (PVC)                                        Date:  August 25, 2021

Title         Gabriel Lee Jennings v. Travis Leach, et al.

dismissed with prejudice for failure to prosecute.  (*See id.* at 36-37).  The deadline has expired and Plaintiff has failed to file either document; nor has he requested an extension of time in which to do so.

      Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **twenty-one (21) days** of the date of this Order, why the Magistrate Judge should not recommend that this action be dismissed with prejudice for failure to prosecute.  Plaintiff may discharge this Order by filing either:  (1) a Second Amended Complaint, curing the deficiencies of the FAC; (2) a Notice of Intention to Stand on Defective First Amended Complaint; **or** (3) a declaration under penalty of perjury stating why he is unable to do so.

      If Plaintiff no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  **A Notice of Dismissal form is attached for Plaintiff's convenience.**  Plaintiff is again warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).

      The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff at his address of record.

      IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| Initials of Preparer | ne |