# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL LEE JENNINGS,<br><br>  Plaintiff,<br><br>  v.<br><br>TRAVIS LEACH, et al.,<br><br>  Defendants. | Case No. EDCV 21-0209 JVS (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Second Amended Complaint is dismissed. Judgment shall be entered dismissing Plaintiff's federal claims with prejudice for failure to state a claim. The Court declines to exercise supplemental jurisdiction over any state law claims in the Second Amended Complaint, to the extent that any such claims exist, and dismisses those claims without prejudice.

1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the
2 Judgment herein on Plaintiff at his current address of record.

4      LET JUDGMENT BE ENTERED ACCORDINGLY.

6 DATED: December 29, 2021

                                JAMES V. SELNA
                                UNITED STATES DISTRICT JUDGE