JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL LEE JENNINGS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRAVIS LEACH, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 21-0209 JVS (PVC)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the federal claims in the above-captioned action are dismissed with prejudice for failure to state a claim and that any pendent state law claims, to the extent any such claims exist, are dismissed without prejudice.

DATED: December 29, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James V. Selna
　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE